IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WORLD OUTREACH CONFERENCE CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 06 C 2891 |
| v. | ) ) | Judge Joan H. Lefkow |
| CITY OF CHICAGO, | ) ) ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

## DEFENDANT CITY OF CHICAGO'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE 45-PAGE BRIEF

Defendant, the City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, respectfully objects to Plaintiffs' motion for leave to file a 45-page brief in support of their motion for summary judgment.. In support hereof, Defendant states:

1. By the most recent order of court, the parties' motions for summary judgment were required to be filed simultaneously on November 14, 2011.

2. Defendant filed its summary judgment motion and supporting materials in accordance with this schedule. The proposed supporting memorandum was attached as an exhibit to an unopposed motion for leave to file an overlength brief.

3. Plaintiffs state that the City does not oppose their motion to file a 45-page brief. This is inaccurate for multiple reasons.

4. In the first place, although Plaintiffs correctly recount that the undersigned indicated that the City would not oppose a 41-page brief, the undersigned did not agree to 45 pages, as Plaintiffs' email request to file an even longer brief was not received until late in the day while final filing was underway.

5. More importantly, there was no agreement that Plaintiffs would not follow the ordinary practice of attaching the proposed overlength brief to their motion for leave to file it. It is impossible for the Court to evaluate whether Plaintiffs' brief truly needs to be three times the allotted length without seeing it. In addition, not only do Plaintiffs now have more time to prepare their brief, they now have the advantage of having seen the City's arguments and can craft their brief to respond to those arguments. This effectively gives them an unfair advantage which contradicts the assumptions of the simultaneous briefing schedule which the Court established.

6. Indeed, not only have Plaintiffs not disclosed their proposed brief, they have not even filed the motion of which it would be in support, or their Local Rule 56.1 statement and any exhibits. Nor have they sought an extension of time in which to do so. (Indeed they orally opposed the City's most recent request for more time based on the continuing discovery dispute with FEMA.)

WHEREFORE, Defendant respectfully requests that Plaintiffs' motion be denied; or in the alternative that Plaintiffs produce forthwith the proposed 45-page brief which is the subject of their motion and all other summary judgment materials; and that the Court grant such other and further relief as the it deems appropriate.

**Dated:        November 15, 2011**

Respectfully submitted,
Stephen R,. Patton, Corporation Counsel for
the City of Chicago

By: /s/   Rebecca Alfert Hirsch
Assistant Corporation Counsel for the City of Chicago

ANDREW S. MINE
Senior Counsel
REBECCA ALFERT HIRSCH
DAVID GRAVER
Assistant Corporation Counsel
City of Chicago Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle Street, Suite 1230, Chicago, IL 60602
(312) 744-7220//3244/742-0260